IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | | |
|---|---|---|
| GREAT POINT PARTNERS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10-cv-01019 |
| | ) | |
| JOHN ELLIOTT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | | |
| JOHN ELLIOTT and LAURA ELLIOTT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10-cv-01047 |
| | ) | |
| GREAT POINT PARTNERS, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, John Elliott and Laura Elliott (the "Elliotts") and Great Point Partners, LLC ("Great Point"), by counsel, hereby enter into this Voluntary Stipulation of Dismissal with Prejudice of the above-captioned actions.

It is therefore ORDERED, ADJUDGED AND DECREED that:

A. All of the claims, actions and causes of action which any plaintiff in any of the above-captioned actions has, had, or may have, against any defendant in any of the above-captioned actions, arising out of or relating in any way to any of the alleged matters, transactions,

representations, actions or omissions that were asserted or could have been asserted by any plaintiff against any defendant in this consolidated litigation are dismissed with prejudice; and

    B.    The parties shall bear all of their own costs and attorneys' fees incurred in this action.

SO ORDERED.

                                                          _____
                                                          United States District Judge

Entered this ___ day of March 2011.

                                                  Respectfully submitted,

                                                  John Elliott and Laura Elliott

                                                  By:_____/s/_____
                                                        Michael J. Seck (VSB No. 47390)
                                                        The Law Office of Michael J. Seck PLC
                                                        199 Liberty Street SW, 1st Floor
                                                        Leesburg, Virginia 20175
                                                        Telephone: (703)777-2881
                                                        Fax:        (703)777-9113
                                                        secklaw@yahoo.com
                                                        ***Counsel for John Elliott and Laura Elliott***

                                                  Great Point Partners, LLC

                                                  By:___/s/_____
                                                       Charles Michael Sims (VSB No. 35845)
                                                       Joanna Lee Faust (VSB No. 72930)
                                                       LeClairRyan, A Professional Corporation
                                                       2318 Mill Road, Suite 1100
                                                       Alexandria, Virginia 22314
                                                       Telephone: 703.647.5915
                                                       Fax: 703.647.5987
                                                       Joanna.Faust@leclairryan.com
                                                       ***Counsel for Great Point Partners, LLC***

                                      *Of Counsel*:

MORRISON COHEN LLP
Donald H. Chase
David A. Piedra
909 Third Avenue
New York, New York 10022
Phone: (212) 735-8684
Fax: (212) 735-8708
***Counsel for Great Point Partners, LLC***

#2717016 v1 \017126 \0084

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of March 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to the following:

      Michael Jeremiah Seck, Esq.
      Law Offices of Michael J. Seck PLC
      199 Liberty Street SW
      Leesburg, VA 20175
      ***Counsel for John Elliott and Laura Elliott***

      /s/_____
      Joanna Lee Faust (VSB No. 72930)
      LECLAIR RYAN PC
      2318 Mill Road, Suite 1100
      Alexandria, VA 22314
      Telephone:  (703)684-8007
      Facsimile:  (703) 684-8075
      Joanna.faust@leclairryan.com
      ***Counsel for Great Point Partners, LLC***

#2717016 v1 \017126 \0084