IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| GREAT POINT PARTNERS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10-cv-01019 |
| | ) | |
| JOHN ELLIOTT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | | |
| JOHN ELLIOTT and LAURA ELLIOTT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10-cv-01047 |
| | ) | |
| GREAT POINT PARTNERS, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, John Elliott and Laura Elliott (the "Elliotts") and Great Point Partners, LLC ("Great Point"), by counsel, hereby enter into this Voluntary Stipulation of Dismissal with Prejudice of the above-captioned actions.

It is therefore ORDERED, ADJUDGED AND DECREED that:

A.   All of the claims, actions and causes of action which any plaintiff in any of the above-captioned actions has, had, or may have, against any defendant in any of the above-captioned actions, arising out of or relating in any way to any of the alleged matters, transactions,

representations, actions or omissions that were asserted or could have been asserted by any plaintiff against any defendant in this consolidated litigation are dismissed with prejudice; and

B. The parties shall bear all of their own costs and attorneys' fees incurred in this action.

SO ORDERED.

_____/s/_____
James C. Cacheris
United States District Judge

_____
United States District Judge

Entered this 4th day of March 2011.

Respectfully submitted,

John Elliott and Laura Elliott

By: _____/s/_____
Michael J. Seck (VSB No. 47390)
The Law Office of Michael J. Seck PLC
199 Liberty Street SW, 1st Floor
Leesburg, Virginia 20175
Telephone: (703)777-2881
Fax: (703)777-9113
secklaw@yahoo.com
***Counsel for John Elliott and Laura Elliott***

Great Point Partners, LLC

By: \_\_\_/s/_____
Charles Michael Sims (VSB No. 35845)
Joanna Lee Faust (VSB No. 72930)
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: 703.647.5915
Fax: 703.647.5987
Joanna.Faust@leclairryan.com
***Counsel for Great Point Partners, LLC***

*Of Counsel:*

#2717016 v1 017126 0084

MORRISON COHEN LLP
Donald H. Chase
David A. Piedra
909 Third Avenue
New York, New York 10022
Phone: (212) 735-8684
Fax: (212) 735-8708
***Counsel for Great Point Partners, LLC***

#2717016 v1 \017126 \0084